No. 373.   JESSE S. PHILLIPS ET AL., RECEIVERS, ETC. *v.* NOEL CONSTRUCTION COMPANY ET AL.   October 11, 1920. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied.   *Mr. Chapman W. Maupin* for petitioners.   No appearance for respondents.

---

No. 380.   PEOPLE OF THE STATE OF NEW YORK *v.* HUDSON RIVER CONNECTING RAILROAD CORPORATION.   October 11, 1920.   Petition for a writ of certiorari to the Supreme Court of the State of New York denied.   *Mr. Claude T. Dawes* for petitioner. *Mr. Robert E. Whalen* for respondent.

---

No. 382.   ERIE RAILROAD COMPANY *v.* MAY PINKNEY, ADMINISTRATRIX, ETC.   October 11, 1920.   Petition for a writ of certiorari to the Supreme Court of the State of Pennsylvania denied.   *Mr. Henry A. Knapp* for petitioner.   *Mr. Chester A. Garratt* for respondent.

---

No. 385.   SPEED MANKIN *v.* JAMES BARTLEY.   October 11, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. S. H. Sutherland* for petitioner.   No appearance for respondent.

---

No. 386.   SPEED MANKIN *v.* G. C. SAUNDERS.   October 11, 1920.   Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.   *Mr. S. H. Suth rland* for petitioner.   No appearance for respondent.